IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CHARLES JONES,<br><br>Defendant. | CR-22-83-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 28, 2023. (Doc. 20.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 27, 2023. (Doc. 19) The United States accused Christopher Jones, (Jones) of violating his conditions of supervised release by committing another crime on two separate occasions. (Doc. 4.)

At the revocation hearing, Jones admitted to alleged violation 1. Judge Johnston dismissed alleged violation 2 on the government's motion. (Doc. 19.)

Judge Johnston found that the violation Jones admitted prove serious and warrants revocation of his supervised release and recommends a sentence of time served, with 53 months of supervised release to follow, with home confinement until November 27, 2023. (Doc. 20.) Jones was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 19.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 20) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Christopher Charles Jones be sentenced to the Bureau of Prison for a period of time served, with 53 months of supervised release to follow. Jones will be subject to home confinement until November 27, 2023, with no electronic monitoring. Jones will be restricted to his residence at all times except for activities pre-approved by the United States Probation Office.

DATED this 11th day of July, 2023.

_____
Brian Morris, Chief District Judge
United States District Court